EUSTACE DE SAINT PHALLE, SBN 179100
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
E-mail: PersonalInjuryGroup@RLSlawyers.com

ATTORNEYS FOR PLAINTIFF
KENNETH CHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHA,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE; CHESA BOUDIN; DANA DRUSINSKY; STEPHANIE LACAMBRA; LATEEF GRAY; REBECCA YOUNG; ANDREW KOLTUNIAK; and DOES 1-100,<br><br>            Defendants. | CASE NO. 3:24-cv-4700<br><br>**PLAINTIFF'S DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (Civil Local Rules, Rule 3-15)** |

Pursuant to Civil L.R., Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: August 19, 2024

Respectfully submitted,

**RAINS LUCIA STERN
ST. PHALLE & SILVER, PC**

/s/ *Eustace de Saint Phalle*
By: Eustace de Saint Phalle
Attorneys for Plaintiff KENNETH CHA

---

1
PLAINTIFF'S DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS