EUSTACE DE SAINT PHALLE, SBN 179100
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
E-mail: PersonalInjuryGroup@RLSlawyers.com

ATTORNEYS FOR PLAINTIFF
KENNETH CHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE; CHESA BOUDIN; DANA DRUSINSKY; STEPHANIE LACAMBRA; LATEEF GRAY; REBECCA YOUNG; ANDREW KOLTUNIAK; and DOES 1-100,<br><br>Defendants. | CASE NO. 3:24-cv-4700-PHK<br><br>**STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED CASE MANAGEMENT DATES** |

Plaintiff KENNETH CHA and Defendants CITY AND COUNTY OF SAN FRANCISCO ("City") and SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE ("DA's Office") stipulate[1] as follows:

WHEREAS the Court in its Order Setting Initial Case Management Conference and ADR Deadlines filed on August 5, 2024, set the Initial Case Management Conference for November 7, 2024; set the Deadline to file ADR Certification for October 17, 2024; Deadline to Meet and Confer regarding Rule

---

[1] Counsel for the City and DA's Office specially appear for the limited purpose of entering this stipulation. By so stipulating, the City and DA's Office do not concede that they have been served with the summons and complaint, and do not waive their right to challenge the adequacy of service of process.

1
STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED CASE MANAGEMENT DATES

26(f) for October 17, 2024; set the Deadline to file Joint Case Management Statement for October 31, 2024;

WHEREAS, counsel for the City and the DA's Office notified Plaintiff's counsel on October 16, 2024 that the City and DA's Office had not been served with the summons and complaint and that the City Attorney's Office is in the process of determining its ability to represent and accept service on behalf of the individually-named defendants;

WHEREAS, a continuance of the Case Management Conference would afford the parties time to address the above issues regarding service and representation;

WHEREAS, in an effort to streamline the efficient management of this case and consumption of Court resources, the parties stipulate as follows:

The current Case Management Conference set for November 7, 2024 be continued to a date convenient for the Court, at least 30 days after November 7, 2024. Additionally, the deadlines set forth above, be continued consistent with the date to be set by the Court for the continued Case Management Conference.

Dated: October 21, 2024

Respectfully submitted,

**RAINS LUCIA STERN
ST. PHALLE & SILVER, PC**

/s/ *Eustace de Saint Phalle*
By: Eustace de Saint Phalle
Attorneys for Plaintiff KENNETH CHA

Dated:  October 21, 2024

DAVID CHIU
City Attorney
JENNIFER CHOI
Chief Trial Deputy
KARUN TILAK
Deputy City Attorney

/s/ *Karun Tilak*
By: Karun Tilak
Attorneys for Specially Appearing Defendants CITY & COUNTY OF SAN FRANCISCO and SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE