EUSTACE DE SAINT PHALLE, SBN 179100
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
E-mail: PersonalInjuryGroup@RLSlawyers.com

ATTORNEYS FOR PLAINTIFF
KENNETH CHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE; CHESA BOUDIN; DANA DRUSINSKY; STEPHANIE LACAMBRA; LATEEF GRAY; REBECCA YOUNG; ANDREW KOLTUNIAK; and DOES 1-100,<br><br>　　　　Defendants. | CASE NO. 3:24-cv-4700-PHK<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED CASE MANAGEMENT DATES** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Initial Case Management Conference is **SET** for December 12, 2024, at 11:00 AM.  The Parties' Joint Initial Case Management Conference Statement is due on December 5, 2024.

Dated: October 23, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Peter H. Kang
United States Magistrate Judge

1
ORDER GRANTING STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED CASE MANAGEMENT DATES