EUSTACE DE SAINT PHALLE, SBN 179100
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
E-mail: PersonalInjuryGroup@RLSlawyers.com

ATTORNEYS FOR PLAINTIFF
KENNETH CHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHA,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO;<br>SAN FRANCISCO DISTRICT ATTORNEY'S<br>OFFICE; CHESA BOUDIN; DANA<br>DRUSINSKY; STEPHANIE LACAMBRA;<br>LATEEF GRAY; REBECCA YOUNG;<br>ANDREW KOLTUNIAK; and DOES 1-100,<br><br>        Defendants. | CASE NO. 3:24-cv-4700-PHK<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED CASE MANAGEMENT DATES** |

Plaintiff KENNETH CHA and Defendants CITY AND COUNTY OF SAN FRANCISCO

("City"), SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE ("DA's Office"), CHESA BOUDIN,

DANA DRUSINSKY, STEPHANIE LACAMBRA, LATEEF GRAY, REBECCA YOUNG, AND

ANDREW KOLTUNIAK stipulate as follows:

WHEREAS the Court in its Order Setting Initial Case Management Conference and ADR

Deadlines filed on August 5, 2024, set the Initial Case Management Conference for November 7, 2024; set

the Deadline to file ADR Certification for October 17, 2024; Deadline to Meet and Confer regarding Rule

26(f) for October 17, 2024; and set the Deadline to file Joint Case Management Statement for October 31,

2024;

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND CONTINUE THE INITIAL CASE
MANAGEMENT CONFERENCE AND RELATED CASE MANAGEMENT DATES

1    WHEREAS, on October 21, 2024, the Parties stipulated to continue the Initial Case Management

2  Conference to allow counsel for the Defendants to determine whether they could accept service on behalf

3  of the named defendants;

4    WHEREAS, on October 23, 2024, the Court entered an order continuing the Initial Case

5  Management Conference to December 12, 2024;

6    WHEREAS, counsel for the Defendants has accepted service on behalf of all named defendants;

7    WHEREAS, counsel for the Defendants has informed counsel for Plaintiff that they intend to file

8  a Rule 12(b)(6) motion seeking dismissal of Plaintiff's complaint in its entirety, and has requested that the

9  parties stipulate to continue the Case Management Conference, currently scheduled for December 12,

10  2024, to 15 days after the hearing on the Rule12(b)(6) motion or another date thereafter that is convenient

11  for the Court;

12    WHEREAS, the parties have agreed that Defendants will file their Rule 12(b)(6) motion on

13  January 31, 2025 to accommodate the trial schedule of Plaintiff's counsel in December and January;

14    NOW THEREFORE, in an effort to streamline the efficient management of this case and

15  consumption of Court resources, the parties stipulate as follows:

16    (1)    Defendants' deadline to respond to the Complaint be extended to January 31, 2025.

17    (2)    The current Case Management Conference set for December 12, 2024 be continued to 15

18  days after the hearing on Defendants' anticipated Rule 12(b)(6) motion, or another date thereafter that is

19  convenient for the Court.

20    (3)    All related case management deadlines be continued consistent with the date to be set by

21  the Court for the continued Case Management Conference.

22  ///

23  Dated: December 3, 2024                     Respectfully submitted,

24                                              **RAINS LUCIA STERN**
                                                **ST. PHALLE & SILVER, PC**

25

26                                              /s/ *Eustace de Saint Phalle*
                                                By: Eustace de Saint Phalle
27                                              Attorneys for Plaintiff KENNETH CHA

28

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND CONTINUE THE INITIAL CASE
MANAGEMENT CONFERENCE AND RELATED CASE MANAGEMENT DATES

1    Dated:  December 3, 2024

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVID CHIU
City Attorney
JENNIFER CHOI
Chief Trial Deputy
KARUN TILAK
Deputy City Attorney


/s/ *Karun Tilak*
By: Karun Tilak
Attorneys for Defendants CITY & COUNTY OF
SAN FRANCISCO, SAN FRANCISCO
DISTRICT ATTORNEY'S OFFICE, CHESA
BOUDIN, DANA DRUSINSKY, STEPHANIE
LACAMBRA, LATEEF GRAY, REBECCA
YOUNG, AND ANDREW KOLTUNIAK

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND CONTINUE THE INITIAL CASE
MANAGEMENT CONFERENCE AND RELATED CASE MANAGEMENT DATES