EUSTACE DE SAINT PHALLE, SBN 179100
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
E-mail: PersonalInjuryGroup@RLSlawyers.com

ATTORNEYS FOR PLAINTIFF
KENNETH CHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENNETH CHA, | CASE NO. 3:24-cv-4700-PHK |
|---|---|
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE; CHESA BOUDIN; DANA DRUSINSKY; STEPHANIE LACAMBRA; LATEEF GRAY; REBECCA YOUNG; ANDREW KOLTUNIAK; and DOES 1-100, | |
| Defendants. | |

Upon review of the Parties' STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED CASE MANAGEMENT DATES, and good cause appearing, the COURT hereby APPROVES the Stipulation and ORDERS as follows:

//

//

//

//

//

1. Defendants' deadline to respond to the Complaint is extended to January 31, 2025.

2. The current Case Management Conference set for December 12, 2024, is continued to **April 10, 2025, at 1:00 PM.  The Joint Case Management Statement is due on or before April 3, 2025.  Additionally, the hearing on the Motion to Dismiss shall be held on April 10, 2025.**

**IT IS SO ORDERED.**

DATED: December 5, 2024

_____
HON. PETER H. KANG
United States Magistrate Judge