UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>　　　　　Defendants. | Case No.  24-cv-04700-PHK<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:  January 31, 2025　　　　　NAME:  Karun A. Tilak

　　　　　　　　　　　　　　　　　　　　　　　　_Signature_

COUNSEL FOR (OR "PRO SE"):  *Defendants* City and County of San Francisco, San Francisco District Attorney's Office, Chesa Boudin, Dana Drusinsky, Stephanie Lacambra, Lateef Gray, Rebecca Young, Andrew Koltuniak

# <u>CERTIFICATE OF SERVICE</u>

      I, CHRISTINE HOANG, hereby certify that I electronically filed the following document with the Clerk of the Court for the United States District Court for the District of Massachusetts by using the appellate CM/ECFsystem on January 31, 2025.

### CONSENT TO MAGISTRATE JUDGE JURISDICTION

      I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

      Executed January 31, 2025, at San Francisco, California.

                                                    */s/  CHRISTINE HOANG*
                                                     CHRISTINE HOANG