DAVID CHIU, SBN 189542
City Attorney
YVONNE MERÉ, SBN 189542
Chief Deputy City Attorney
JENNIFER CHOI, SBN 184058
Chief Trial Deputy
KARUN A. TILAK, SBN 323939
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Fl.
San Francisco, California 94102-5408
Telephone:     (415) 554-3308
Facsimile:      (415) 437-4644
E-Mail:           Karun.Tilak@sfcityatty.org

*Attorneys for Defendants*
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO DISTRICT ATTORNEY'S
OFFICE, CHESA BOUDIN, DANA DRUSINSKY,
STEPHANIE LACAMBRA, LATEEF GRAY,
REBECCA YOUNG, and ANDREW KOLTUNIAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENNETH CHA, | Case No. 24-CV-04700-PHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| vs. | Judge:           Peter H. Kang |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE, CHESA BOUDIN, DANA DRUSINSKY, STEPHANIE LACAMBRA, LATEEF GRAY, REBECCA YOUNG, ANDREW KOLTUNIAK, and DOES 1-100, | Hearing Date: April 10, 2025<br>Place:           Courtroom F, 15th Fl.<br>Time:            1:00 p.m. |
| Defendants. | |

**[PROPOSED] ORDER**

Defendants' Motion to Dismiss the Complaint in this matter came before this Court for hearing on April 10, 2025.  Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that the Complaint fails to state any claims upon which relief can be granted.  The Court also finds that the defects in the Complaint cannot be cured through amendment.  Therefore,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss the Complaint is GRANTED. The Complaint is dismissed without leave to amend.

Dated this ___ day of _____, 2025

_____
Hon. Peter H. Kang
Judge, United States District Court