**EXHIBIT 2**

**Pailet, Jeffrey (DAT)**

| | |
|---|---|
| **From:** | Gray, Lateef (DAT) |
| **Sent:** | Wednesday, June 17, 2020 11:10 AM |
| **To:** | Pailet, Jeffrey (DAT) |
| **Cc:** | Tsuruta, York (DAT) |
| **Subject:** | Sean Moore |

Good Morning Jeff,

I am technically walled off from this case because I was the attorney who filed the civil suit.  York is currently the investigator assigned to this case and  has been operating from the perspective that this is not a case that will be filed.  However, there are 2 new attorneys handling this matter, Donna Druzinsky and Stephanie Lacambra.  It is my understanding that they are moving forward with a different posture.

As such, it might make more sense and preserve all ethical duties to have a new investigator assigned to this investigation given its new posture.

Thank you.
*Lateef H. Gray*
pronouns: he/him/his
Managing Attorney
Independent Investigations Bureau (IIB)
San Francisco District Attorney's Office
Office Direct: (415) 551-9506
Email: lateef.gray@sfgov.org

1

**From:** Gray, Lateef (DAT)
**Sent:** Thursday, June 18, 2020 7:33 AM
**To:** Pailet, Jeffrey (DAT)
**Subject:** Sean Moore

Good Morning Jeff,

I will be tied up with this funeral today.  Can we talk sometime this afternoon?  Let me know.

Lateef

*Lateef H. Gray*
pronouns: he/him/his
Managing Attorney
Independent Investigations Bureau (IIB)
San Francisco District Attorney's Office
Office Direct: (415) 551-9506
Email: lateef.gray@sfgov.org

| | |
|---|---|
| **From:** | Pailet, Jeffrey (DAT) |
| **To:** | Gray, Lateef (DAT) |
| **Subject:** | Re: Sean Moore |
| **Date:** | Monday, June 22, 2020 12:25:00 AM |
| **Attachments:** | 128HASSAN2.doc |

FYI

Hi Lateef,

Great talking with you yesterday.  Because our conversation was broken at times, just want to acknowledge/verify your concerns regarding York, which I agree with.  I again suggest if possible, if the office wants to proceed in a new direction with this case, that the Grand Jury route is in my recommendation best.

Not sure how much historical info has been shared with you, but again, York has been on the case from the beginning for IIB.

IIB since its creation has gone through an astounding almost 200% turnover of ADA's (9 ADA's and MA's) and the Moore case has been handled through 6 different ADA's, from my memory, those being:

ADA Darby Williams
MA Andy Huang
ADA Andrew Lah
ADA Angie Cha
ADA Aaron Zisser
ADA Michael Hartmann

All 6 had advised York this was not a prosecutable  case.

George Gascon himself said the same at the early stages of this incident, and later initialed off a declination report (that was never processed) as he was walking out the door and left it for whom he thought would be "Suzy Loftus" to officially decline.

Because of the above fact pattern, hence, York has obvious concerns if this case would proceed forward in the new direction, and he would be asked to author/ sign an affidavit/warrant under penalty of perjury, it places him in an ethical quandary.

This is why again I think the Grand Jury is best if this is what the office desires.

If the affidavit option is indeed the route the office decides to pursue, my recommendation is two-fold.  I could assign another IIB Inspector, but the fact of the matter is, this is a small unit, all of the inspectors and I debrief cases, as such, all the inspectors are familiar with the above fact pattern I outlined above.

The unorthodox option would be that we could write an affidavit outlining the facts, but would not write an "investigator's opinion" sentence that is typical at the end of the arrest warrant request.

What I mean by that is typically: when authoring a warrant, the investigator would cite all of the facts outlining the crime and why the person we are seeking to arrest with the warrant is responsible for the crime.  At the end of the warrant affidavit,  the last sentence typically reads something to the effect of,

*"Based upon my investigation and the above facts outlined, your affiant believes suspect XXXX has committed the crime of robbery and I am seeking a warrant for arrest for this crime."*

We would leave that sentence out and just submit the facts.  The rationale behind this would be, it is actually the judge's opinion and decision if there is enough probable cause to believe a crime has occurred as the person IIB is seeking the warrant on committed the crime.  The judge is the one authorizing the warrant so it is he (the judge) that has to make that determination, and not the investigating officer, and it would be biased if we (the I/O) gave an opinion.

Does my logic make sense?   Again, this is indeed unorthodox and not standard practice from all my years of experience at Los Angeles and San Francisco.

The example of this where a format described above is actually used and where I got the idea from is from my time at LAPD.  At LAPD  I worked both on the OIS teams and Internal Affairs.  In both assignments, investigators gathered the facts and forwarded the completed investigation to the commanding officer for review and adjudication without any recommendation being given as to a finding.

The logic of it was, the investigator only gathers the facts and it was the commanding officers responsibility to adjudicate the investigation.  The commanding officer had to make the determination  whether the misconduct occurred or not, or whether the OIS was in policy or not. The investigator never gave an opinion.  The investigation spoke for itself.

It is in this same concept I would suggest if the office proceeds with a warrant-affidavit instead of the Grand Jury.

Per your request, I have attached a copy of a personal complaint investigation I completed when I was with LAPD while assigned to the Robbery-Homicide Division during the Rampart Corruption Investigation. The complaint involved several counts of perjury against an officer whom was actually criminally filed on for those counts of perjury because of my investigation.  It's lengthy, and you don't actually need to read it, but the format is as I have described.  It just presents the facts and there is no finding.  It was the adjudicator's responsibility to read and make the decision, similar to what I cited earlier.

Again, went over a lot of info so feel free to call me on it.  Also, as I mentioned, York and I are actually in OIS school this week.  Just text me and will call you during breaks.

Sorry this came over so late, but wanted you to have it for tomorrow AM.


Jeff


Jeffrey B. Pailet
Lieutenant
San Francisco District Attorney's Office
Independent Investigations Bureau
732 Brannan Street
San Francisco, CA 9413
Office: (415) 551-9592
Cell:    (415) 918-7004

**Pailet, Jeffrey (DAT)**

| | |
|---|---|
| **From:** | Tsuruta, York (DAT) |
| **Sent:** | Monday, June 22, 2020 7:22 PM |
| **To:** | Lacambra, Stephanie (DAT); Pailet, Jeffrey (DAT); Drusinsky, Dana (DAT) |
| **Cc:** | Gray, Lateef (DAT) |
| **Subject:** | RE: Meeting for Moore tomorrow at 2:30pm |

Dana and Stephanie re your request for a transfer memo on the Sean Moore case:

1. **what investigation has been completed:**
   - All involved parties have been interviewed:
      1. Mr. Choi – the reporting party
      2. Ofc Patino – involved officer who was also inadvertently pepper sprayed, lost his baton in the struggles, was punched and knocked down the stairs
      3. Ofc Cha – involved officer who was kicked, used pepper spray, lost his baton in the struggle, and fired the two rounds that struck Sean Moore
      4. Sean Moore – subject of the TRO violation call, acknowledged knowledge of the TRO and the pending court date, kicked Cha and punched Patino
      5. Sgt Eric Anderson – took the Public Safety Statement
   - All Cad, radio traffic, reports, CSI reports, CSI photos, Fire arm exams reports, etc. are in the file
   - ADA Williams transcribed the BWC and had it in her version of the OIS report.
2. **any pertinent witness, agency, & expert contact information and**
   - No expert witnesses were consulted that I am aware of.
   - The report on this case was completely handled by ADAs.
   - After conducting the interviews, I was only consulted to review the assorted declination reports by multiple ADAs to ensure they were factually accurate.

      1. ADA Darby Williams was the initial attorney on this case. She observed the interviews and we consulted on what to cover in the interviews and any additional follow up she had.
      2. ADA Williams directed me to brief DA George Gascon at the conclusion of all the interviews.
      3. DA management deemed this a non-prosecution case and I was redirected to other cases and thus I had no part in the writing any of the various versions of the DA OIS investigation report.
      4. After the arraignment judge dismissed several charges against Sean Moore, DAs from the prosecution or appeal unit made a presentation to the appellate court arguing the legal standing and actions of the officers in this incident.
      5. ADA Williams wrote the first draft of the report.
      6. ADA Williams left the office for a teaching position out of state.
      7. MADA Andy Huang had issues with ADA Williams' report as it deviated from the established SFDA OIS report protocol.
      8. MADA Huang kept the report and said he would complete the report and declination letter.

9. MADA Huang left the office without completing the report or the declination letter.
10. I believe ADA Angie Cha was assigned the case or assigned to review the case but I did not have any interaction with her on it
11. New MADA John Alden, who came from SF DPA, reviewed the report and assigned it to ADA Aaron Zisser.
12. MADA Alden suddenly left the office.
13. MADA Lah took over and left the case with ADA Zisser.
14. ADA Zisser completed the declination report, however it also deviated from the OIS report protocol.
15. MADA Lah worked with ADA Zisser and submitted a report to DA Gascon.
16. DA Gascon left office.
17. Interim DA Suzy Loftus took office. I was not a part of any of the meeting on the case with her or any other management on this case after the initial weeks of this incident.
18. DA Chesa Boudin took office.
19. ADA Zisser was transferred out of IIB.
20. ADA Michael Hartmann was assigned the case.
21. ADA Hartmann was transferred out of IIB.
22. MADA Lah was transferred out of IIB.
23. MADA Lateef Grey was promoted to IIB MADA but is conflicted out of Moore case (something I learned this week)
24. ADA Dana Drusinsky and ADA Stephanie Lacambra were assigned the case.

3. **what investigation tasks remain outstanding.**
   - 6-17-20, I obtained the Marin County Corner autopsy report on the death of Sean Moore, which I added to the IIB SharePoint file and sent to MADA Grey (before I knew he was conflicted out), Lt Jeffrey Pailet, and later to ADA Dana Drusinsky and ADA Stephanie Lacambra
   - I am not aware of any other investigation that needs to be done

I am currently out of town at a week-long officer involved shooting class. If possible can you reschedule the meeting on this case? I will also be out of town Thurs July 2 thru Tues July 7.

FYI, many of the DAs on the ACSO case have expressed concern about all the exculpatory information that was in the arrest warrant affidavit in regards to the initial DA Inspector's apparent position the case that no one else felt was correct. All the ADAs said the additional information was unfortunately necessary (re Brady/Garrity) but problematic for the overall case.

In the abundance of caution, I feel someone in decision making position in this administration needs to know that while I did not draft any portion of the prior versions of the report, I have been asked to review numerous versions of the Sean Moore report that all were based on declination letters. So, I am aware of the contents of the prior reports. I am completely willing to work on this case, but I have concerns re my ethical obligations in regards to what could potentially have to be in an arrest warrant affidavit based on the history of this case.

York

Inspector York Tsuruta, Star No. 112
San Francisco District Attorney Office

Independent Investigations Bureau
San Francisco District Attorney's Office
350 Rhode Island Street
North Building, Suite 400N
San Francisco, CA 94103
415-581-9806 Desk
415-310-2769 Mobile
415-551-9505 Fax

Main SFDA Phone Number: 628-652-4000
Main SFDA Fax Number: 628-652-4001

*Disclaimer*

*The information contained in this electronic message may be confidential and may be subject to the attorney-client privilege and/or the attorney work product doctrine. It is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this communication is strictly prohibited. If you have received this electronic message in error, please delete the original message from your e-mail system. Thank you.*
P **Please consider the environment before you print.**

**From:** Lacambra, Stephanie (DAT) <stephanie.lacambra@sfgov.org>
**Sent:** Wednesday, June 17, 2020 4:05 PM
**To:** Pailet, Jeffrey (DAT) <jeffrey.pailet@sfgov.org>; Drusinsky, Dana (DAT) <dana.drusinsky@sfgov.org>
**Cc:** Tsuruta, York (DAT) <york.tsuruta@sfgov.org>; Gray, Lateef (DAT) <lateef.gray@sfgov.org>
**Subject:** Re: Meeting for Moore tomorrow at 2:30pm

Hey Jeff,

We would like to schedule a meeting with York and whoever will be assigned to take over this case for next Wednesday afternoon at 2:30pm so that we can get a download of the status of investigation and what needs to be followed up on. I'd appreciate it if York could prepare a short transfer memo for the new DAI that outlines:

1. what investigation has been completed,
2. any pertinent witness, agency, & expert contact information and
3. what investigation tasks remain outstanding.

Thank you so much in advance for your help in making this a smooth transition.

The meeting call-in details remain the same:
Join Zoom Meeting
https://us02web.zoom.us/j/86145084857?pwd=M3R6R1N3MGF6Q1dINXpMcVVTUzBxZz09

Meeting ID: 861 4508 4857
Password: 960105
One tap mobile
+16699009128,,86145084857#,,1#,960105# US (San Jose)

3

+13462487799,,86145084857#,,1#,960105# US (Houston)


Regards,



Stephanie J. Lacambra (She/Her)

Assistant District Attorney

Conviction Review Unit

Direct: (628) 652-4231

Stephanie.Lacambra@sfgov.org



San Francisco District Attorney's Office

350 Rhode Island Street, North Bldg, Suite 400N

San Francisco, CA 94103

T: 628-652-4000 | F: 628-652-4001



**From:** Pailet, Jeffrey (DAT) <jeffrey.pailet@sfgov.org>
**Sent:** Wednesday, June 17, 2020 2:21 PM
**To:** Drusinsky, Dana (DAT) <dana.drusinsky@sfgov.org>; Lacambra, Stephanie (DAT) <stephanie.lacambra@sfgov.org>
**Cc:** Tsuruta, York (DAT) <york.tsuruta@sfgov.org>; Gray, Lateef (DAT) <lateef.gray@sfgov.org>
**Subject:** FW: Meeting for Moore tomorrow at 2:30pm

Hello Dana Drusinsky and Stephanie Lacambra,

I am Lieutenant Jeffrey Pailet from IIB.

I was advised by my Managing Attorney, Lateef Gray to reassign another Inspector to the Sean Moore case and that York Tsuruta will no longer be working it. Know you are having your Zoom meeting shortly. Is it possible to reschedule your meeting until I get an Inspector, or you could proceed with the meeting without an Inspector and will advise when one is assigned.

Thanks in advance for your time and attention to this. Feel free to call me if there are any questions.

4

Jeff

Jeffrey B. Pailet
Lieutenant
San Francisco District Attorney's Office
Independent Investigations Bureau
732 Brannan Street
San Francisco, CA 9413
Office: (415) 551-9592
Cell:     (415) 918-7004

**From:** Tsuruta, York (DAT) <york.tsuruta@sfgov.org>
**Sent:** Wednesday, June 17, 2020 11:21 AM
**To:** Pailet, Jeffrey (DAT) <jeffrey.pailet@sfgov.org>
**Subject:** FW: Meeting for Moore tomorrow at 2:30pm

Fyi

Inspector York Tsuruta, Star No. 112
San Francisco District Attorney Office
Independent Investigations Bureau
San Francisco District Attorney's Office
350 Rhode Island Street
North Building, Suite 400N
San Francisco, CA 94103
415-581-9806 Desk
415-310-2769 Mobile
415-551-9505 Fax

Main SFDA Phone Number: 628-652-4000
Main SFDA Fax Number: 628-652-4001

*Disclaimer*

*The information contained in this electronic message may be confidential and may be subject to the attorney-client privilege and/or the attorney work product doctrine. It is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this communication is strictly prohibited. If you have received this electronic message in error, please delete the original message from your e-mail system. Thank you.*
P Please consider the environment before you print.

**From:** Drusinsky, Dana (DAT) <dana.drusinsky@sfgov.org>
**Sent:** Tuesday, June 16, 2020 4:21 PM
**To:** Tsuruta, York (DAT) <york.tsuruta@sfgov.org>
**Cc:** Lacambra, Stephanie (DAT) <stephanie.lacambra@sfgov.org>
**Subject:** Re: Meeting for Moore tomorrow at 2:30pm

Great here is info:


Join Zoom Meeting
https://us02web.zoom.us/j/86145084857?pwd=M3R6R1N3MGF6Q1dINXpMcVVTUzBxZz09

Meeting ID: 861 4508 4857
Password: 960105
One tap mobile
+16699009128,,86145084857#,,1#,960105# US (San Jose)
+13462487799,,86145084857#,,1#,960105# US (Houston)

Dial by your location
+1 669 900 9128 US (San Jose)
+1 346 248 7799 US (Houston)
+1 253 215 8782 US (Tacoma)
+1 312 626 6799 US (Chicago)
+1 646 558 8656 US (New York)
+1 301 715 8592 US (Germantown)
Meeting ID: 861 4508 4857
Password: 960105
Find your local number: https://us02web.zoom.us/u/kboGVbVom3

Get Outlook for iOS

**From:** Tsuruta, York (DAT) <york.tsuruta@sfgov.org>
**Sent:** Tuesday, June 16, 2020 4:19:35 PM
**To:** Drusinsky, Dana (DAT) <dana.drusinsky@sfgov.org>
**Cc:** Lacambra, Stephanie (DAT) <stephanie.lacambra@sfgov.org>
**Subject:** Re: Meeting for Moore tomorrow at 2:30pm

Yes

Inspector York Tsuruta, Star No. 112
San Francisco District Attorney Office
Independent Investigations Bureau
San Francisco District Attorney's Office
350 Rhode Island Street
North Building, Suite 400N
San Francisco, CA 94103
415-581-9806 Desk
415-310-2769 Mobile
415-551-9505 Fax
Sent from my iPhone


On Jun 16, 2020, at 4:14 PM, Drusinsky, Dana (DAT) <dana.drusinsky@sfgov.org> wrote:

Hi York,

Are you free to join our zoom meeting tomorrow at 2:30pm to discuss the Moore case by any chance?

Thanks,

**Dana Drusinsky**
Assistant District Attorney
She/Her
Conviction Review Unit
Dana.Drusinsky@sfgov.org
628-652-4144

San Francisco District Attorney's Office
350 Rhode Island Street, North Building, Suite 400N
San Francisco, CA 94103
T: 628-652-4000
F: 628-652-4001

**From:**            Pailet, Jeffrey (DAT)
~~Sent:~~            Wednesday, November 4, 2020 10:38 AM
**To:**              Gray, Lateef (DAT)
**Subject:**         Two quick questions

Hi Lateef,

FYI, in reviewing time-keeping last week, had a Public Defender Investigator Andrew Koltuniak come up for approval.  Thought is was a city time-keeping error so I advised Tessa to notify & send over to the Public Defender's office for approval, and Tessa replied that he is assigned to IIB and will be assigned to you.  Don't know if you knew, as I didn't, and so forwarding for your info.  Do you know what his role will be?

2nd.  Know you are walled off from the Moore case.  If issues/concerns between Magen and the assigned ADA Dana and Stephanie arise, is there a assigned Managing Attorney who should be consulted?

Thanks,

Jeff

Jeffrey B. Pailet
Lieutenant
San Francisco District Attorney's Office
Independent Investigations Bureau
~~32~~ Brannan Street
San Francisco, CA 9413
Office: (415) 551-9592
Cell:    (415) 918-7004

**Pailet, Jeffrey (DAT)**

| | |
|---|---|
| **From:** | Tsuruta, York (DAT) |
| **Sent:** | Monday, June 22, 2020 7:22 PM |
| **To:** | Lacambra, Stephanie (DAT); Pailet, Jeffrey (DAT); Drusinsky, Dana (DAT) |
| **Cc:** | Gray, Lateef (DAT) |
| **Subject:** | RE: Meeting for Moore tomorrow at 2:30pm |

Dana and Stephanie re your request for a transfer memo on the Sean Moore case:

1. **what investigation has been completed:**
   - All involved parties have been interviewed:
     1. Mr. Choi – the reporting party
     2. Ofc Patino – involved officer who was also inadvertently pepper sprayed, lost his baton in the struggles, was punched and knocked down the stairs
     3. Ofc Cha – involved officer who was kicked, used pepper spray, lost his baton in the struggle, and fired the two rounds that struck Sean Moore
     4. Sean Moore – subject of the TRO violation call, acknowledged knowledge of the TRO and the pending court date, kicked Cha and punched Patino
     5. Sgt Eric Anderson – took the Public Safety Statement
   - All Cad, radio traffic, reports, CSI reports, CSI photos, Fire arm exams reports, etc. are in the file
   - ADA Williams transcribed the BWC and had it in her version of the OIS report.
2. **any pertinent witness, agency, & expert contact information and**
   - No expert witnesses were consulted that I am aware of.
   - The report on this case was completely handled by ADAs.
   - After conducting the interviews, I was only consulted to review the assorted declination reports by multiple ADAs to ensure they were factually accurate.

     1. ADA Darby Williams was the initial attorney on this case. She observed the interviews and we consulted on what to cover in the interviews and any additional follow up she had.
     2. ADA Williams directed me to brief DA George Gascon at the conclusion of all the interviews.
     3. DA management deemed this a non-prosecution case and I was redirected to other cases and thus I had no part in the writing any of the various versions of the DA OIS investigation report.
     4. After the arraignment judge dismissed several charges against Sean Moore, DAs from the prosecution or appeal unit made a presentation to the appellate court arguing the legal standing and actions of the officers in this incident.
     5. ADA Williams wrote the first draft of the report.
     6. ADA Williams left the office for a teaching position out of state.
     7. MADA Andy Huang had issues with ADA Williams' report as it deviated from the established SFDA OIS report protocol.
     8. MADA Huang kept the report and said he would complete the report and declination letter.

9. MADA Huang left the office without completing the report or the declination letter.
10. I believe ADA Angie Cha was assigned the case or assigned to review the case but I did not have any interaction with her on it
11. New MADA John Alden, who came from SF DPA, reviewed the report and assigned it to ADA Aaron Zisser.
12. MADA Alden suddenly left the office.
13. MADA Lah took over and left the case with ADA Zisser.
14. ADA Zisser completed the declination report, however it also deviated from the OIS report protocol.
15. MADA Lah worked with ADA Zisser and submitted a report to DA Gascon.
16. DA Gascon left office.
17. Interim DA Suzy Loftus took office. I was not a part of any of the meeting on the case with her or any other management on this case after the initial weeks of this incident.
18. DA Chesa Boudin took office.
19. ADA Zisser was transferred out of IIB
20. ADA Michael Hartmann was assigned the case.
21. ADA Hartmann was transferred out of IIB.
22. MADA Lah was transferred out of IIB.
23. MADA Lateef Grey was promoted to IIB MADA but is conflicted out of Moore case (something I learned this week)
24. ADA Dana Drusinsky and ADA Stephanie Lacambra were assigned the case.

3. **what investigation tasks remain outstanding.**
   - 6-17-20, I obtained the Marin County Corner autopsy report on the death of Sean Moore, which I added to the IIB SharePoint file and sent to MADA Grey (before I knew he was conflicted out), Lt Jeffrey Pailet, and later to ADA Dana Drusinsky and ADA Stephanie Lacambra
   - I am not aware of any other investigation that needs to be done

I am currently out of town at a week-long officer involved shooting class. If possible can you reschedule the meeting on this case? I will also be out of town Thurs July 2 thru Tues July 7.

FYI, many of the DAs on the ACSO case have expressed concern about all the exculpatory information that was in the arrest warrant affidavit in regards to the initial DA Inspector's apparent position the case that no one else felt was correct. All the ADAs said the additional information was unfortunately necessary (re Brady/Garrity) but problematic for the overall case.

In the abundance of caution, I feel someone in decision making position in this administration needs to know that while I did not draft any portion of the prior versions of the report, I have been asked to review numerous versions of the Sean Moore report that all were based on declination letters. So, I am aware of the contents of the prior reports. I am completely willing to work on this case, but I have concerns re my ethical obligations in regards to what could potentially have to be in an arrest warrant affidavit based on the history of this case.

York

Inspector York Tsuruta, Star No. 112
San Francisco District Attorney Office

Independent Investigations Bureau
San Francisco District Attorney's Office
350 Rhode Island Street
North Building, Suite 400N
San Francisco, CA 94103
415-581-9806 Desk
415-310-2769 Mobile
415-551-9505 Fax

Main SFDA Phone Number: 628-652-4000
Main SFDA Fax Number: 628-652-4001

*Disclaimer*

*The information contained in this electronic message may be confidential and may be subject to the attorney-client privilege and/or the attorney work product doctrine. It is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this communication is strictly prohibited. If you have received this electronic message in error, please delete the original message from your e-mail system. Thank you.*
P **Please consider the environment before you print.**

**From:** Lacambra, Stephanie (DAT) <stephanie.lacambra@sfgov.org>
**Sent:** Wednesday, June 17, 2020 4:05 PM
**To:** Pailet, Jeffrey (DAT) <jeffrey.pailet@sfgov.org>; Drusinsky, Dana (DAT) <dana.drusinsky@sfgov.org>
**Cc:** Tsuruta, York (DAT) <york.tsuruta@sfgov.org>; Gray, Lateef (DAT) <lateef.gray@sfgov.org>
**Subject:** Re: Meeting for Moore tomorrow at 2:30pm

Hey Jeff,

We would like to schedule a meeting with York and whoever will be assigned to take over this case for next Wednesday afternoon at 2:30pm so that we can get a download of the status of investigation and what needs to be followed up on. I'd appreciate it if York could prepare a short transfer memo for the new DAI that outlines:

1. what investigation has been completed,
2. any pertinent witness, agency, & expert contact information and
3. what investigation tasks remain outstanding.

Thank you so much in advance for your help in making this a smooth transition.

The meeting call-in details remain the same:
Join Zoom Meeting
https://us02web.zoom.us/j/86145084857?pwd=M3R6R1N3MGF6Q1dINXpMcVVTUzBxZz09

Meeting ID: 861 4508 4857
Password: 960105
One tap mobile
+16699009128,,86145084857#,,1#,960105# US (San Jose)

+13462487799,,86145084857#,,1#,960105# US (Houston)

Regards,

Stephanie J. Lacambra (She/Her)

Assistant District Attorney

Conviction Review Unit

Direct: (628) 652-4231

Stephanie.Lacambra@sfgov.org

San Francisco District Attorney's Office

350 Rhode Island Street, North Bldg, Suite 400N

San Francisco, CA 94103

T: 628-652-4000 | F: 628-652-4001

**From:** Pailet, Jeffrey (DAT) <jeffrey.pailet@sfgov.org>
**Sent:** Wednesday, June 17, 2020 2:21 PM
**To:** Drusinsky, Dana (DAT) <dana.drusinsky@sfgov.org>; Lacambra, Stephanie (DAT)
<stephanie.lacambra@sfgov.org>
**Cc:** Tsuruta, York (DAT) <york.tsuruta@sfgov.org>; Gray, Lateef (DAT) <lateef.gray@sfgov.org>
**Subject:** FW: Meeting for Moore tomorrow at 2:30pm

Hello Dana Drusinsky and Stephanie Lacambra,

I am Lieutenant Jeffrey Pailet from IIB.

I was advised by my Managing Attorney, Lateef Gray to reassign another Inspector to the Sean Moore case and that York Tsuruta will no longer be working it.  Know you are having your Zoom meeting shortly.   Is it possible to reschedule your meeting until I get an Inspector, or you could proceed with the meeting without an Inspector and will advise when one is assigned.

Thanks in advance for your time and attention to this.  Feel free to call me if there are any questions.

Jeff

Jeffrey B. Pailet
Lieutenant
San Francisco District Attorney's Office
Independent Investigations Bureau
732 Brannan Street
San Francisco, CA 9413
Office: (415) 551-9592
Cell:    (415) 918-7004

**From:** Tsuruta, York (DAT) <york.tsuruta@sfgov.org>
**Sent:** Wednesday, June 17, 2020 11:21 AM
**To:** Pailet, Jeffrey (DAT) <jeffrey.pailet@sfgov.org>
**Subject:** FW: Meeting for Moore tomorrow at 2:30pm

Fyi

Inspector York Tsuruta, Star No. 112
San Francisco District Attorney Office
Independent Investigations Bureau
San Francisco District Attorney's Office
350 Rhode Island Street
North Building, Suite 400N
San Francisco, CA 94103
415-581-9806 Desk
415-310-2769 Mobile
415-551-9505 Fax

Main SFDA Phone Number: 628-652-4000
Main SFDA Fax Number: 628-652-4001

*Disclaimer*

*The information contained in this electronic message may be confidential and may be subject to the attorney-client privilege and/or the attorney work product doctrine. It is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this communication is strictly prohibited. If you have received this electronic message in error, please delete the original message from your e-mail system. Thank you.*
P Please consider the environment before you print.

**From:** Drusinsky, Dana (DAT) <dana.drusinsky@sfgov.org>
**Sent:** Tuesday, June 16, 2020 4:21 PM
**To:** Tsuruta, York (DAT) <york.tsuruta@sfgov.org>
**Cc:** Lacambra, Stephanie (DAT) <stephanie.lacambra@sfgov.org>
**Subject:** Re: Meeting for Moore tomorrow at 2:30pm

Great here is info:


Join Zoom Meeting
https://us02web.zoom.us/j/86145084857?pwd=M3R6R1N3MGF6Q1dlNXpMcVVTUzBxZz09

Meeting ID: 861 4508 4857
Password: 960105
One tap mobile
+16699009128,,86145084857#,,1#,960105# US (San Jose)
+13462487799,,86145084857#,,1#,960105# US (Houston)

Dial by your location
+1 669 900 9128 US (San Jose)
+1 346 248 7799 US (Houston)
+1 253 215 8782 US (Tacoma)
+1 312 626 6799 US (Chicago)
+1 646 558 8656 US (New York)
+1 301 715 8592 US (Germantown)
Meeting ID: 861 4508 4857
Password: 960105
Find your local number: https://us02web.zoom.us/u/kboGVbVom3

Get Outlook for iOS

**From:** Tsuruta, York (DAT) <york.tsuruta@sfgov.org>
**Sent:** Tuesday, June 16, 2020 4:19:35 PM
**To:** Drusinsky, Dana (DAT) <dana.drusinsky@sfgov.org>
**Cc:** Lacambra, Stephanie (DAT) <stephanie.lacambra@sfgov.org>
**Subject:** Re: Meeting for Moore tomorrow at 2:30pm

Yes

Inspector York Tsuruta, Star No. 112
San Francisco District Attorney Office
Independent Investigations Bureau
San Francisco District Attorney's Office
350 Rhode Island Street
North Building, Suite 400N
San Francisco, CA 94103
415-581-9806 Desk
415-310-2769 Mobile
415-551-9505 Fax
Sent from my iPhone


On Jun 16, 2020, at 4:14 PM, Drusinsky, Dana (DAT) <dana.drusinsky@sfgov.org> wrote:

Hi York,

Are you free to join our zoom meeting tomorrow at 2:30pm to discuss the Moore case by any chance?

Thanks,

**Dana Drusinsky**
Assistant District Attorney
She/Her
Conviction Review Unit
Dana.Drusinsky@sfgov.org
**628-652-4144**

San Francisco District Attorney's Office
350 Rhode Island Street, North Building, Suite 400N
San Francisco, CA 94103
T: 628-652-4000
F: 628-652-4001

**From:** Pailet, Jeffrey (DAT)
**Sent:** Wednesday, November 4, 2020 10:38 AM
**To:** Gray, Lateef (DAT)
**Subject:** Two quick questions

Hi Lateef,

FYI, in reviewing time-keeping last week, had a Public Defender Investigator Andrew Koltuniak come up for approval. Thought is was a city time-keeping error so I advised Tessa to notify & send over to the Public Defender's office for approval, and Tessa replied that he is assigned to IIB and will be assigned to you. Don't know if you knew, as I didn't, and so forwarding for your info. Do you know what his role will be?

2nd. Know you are walled off from the Moore case. If issues/concerns between Magen and the assigned ADA Dana and Stephanie arise, is there a assigned Managing Attorney who should be consulted?

Thanks,

Jeff

Jeffrey B. Pailet
Lieutenant
San Francisco District Attorney's Office
Independent Investigations Bureau
_2 Brannan Street
San Francisco, CA 9413
Office: (415) 551-9592
Cell:    (415) 918-7004

1