**EXHIBIT 9**

```
                    IN THE SUPERIOR COURT

             STATE OF CALIFORNIA, COUNTY OF ALAMEDA

                    RENE C. DAVIDSON COURTHOUSE

             BEFORE THE HONORABLE SCOTT PATTON, JUDGE

                       DEPARTMENT NUMBER 12

                             ---oOo---


THE PEOPLE OF THE STATE OF CALIFORNIA,)
                                      )
                          Plaintiff,  ) No. 23CR003838
                                      )
      vs.                             )
                                      )
PHONG TRAN,                           )
                                      )
                          Defendant.  )
_____)


                       COURT PROCEEDINGS

                       September 1, 2023



                    A P P E A R A N C E S


FOR THE PEOPLE:              Zachary Linowitz
                             Deputy District Attorney


FOR THE DEFENDANT:           Andrew Ganz
                             Attorney at Law





REPORTED BY:                 CHRIS SWINDERMAN, CSR #6932
```

1  opposed to referring to burglaries, which this case does
2  not.
3        MR. LINOWITZ:  I agree.  As the Court knows, my office
4  did not write this warrant.  This was an independent warrant
5  prepared by the Oakland Police Department.  We do stand by it
6  obviously --
7        THE COURT:  Although your inspector submitted a
8  declaration under penalty of perjury that's incorporated
9  within this affidavit, correct?
10       MR. LINOWITZ:  He didn't submit it to the affiant, but
11 the affiant relied on the facts that were previously submitted
12 to the Court under penalty of perjury that had nothing to do
13 with the phone or the search of the phone or the Web
14 activity.
15       THE COURT:  All right.  So since we're discussing that
16 declaration by your inspector, that declaration says that
17 Officer Tran claimed that, quotation, "The first time he had
18 any contact with Ms. Webber was in September of 2013, dot dot
19 dot, when she came down to his department."  Correct?
20       MR. LINOWITZ:  Yes, sir.
21       THE COURT:  And that's not true.  That is not a
22 quotation from Officer Tran.  He never said that.  That is a
23 question that was posed to him, but it is written in the
24 affidavit such to suggest it's a direct quotation by Officer
25 Tran.  That's a material misrepresentation.
26       MR. LINOWITZ:  Respectfully, Judge, I don't believe it
27 is and I can explain why.
28       THE COURT:  Let me just tell you I was the magistrate

1  that reviewed that specific -- the first part of that search
2  warrant, and I specifically was mislead.  I remember this.  I
3  don't need to -- this is not conjecture on my part.  This
4  happened on June 1st.  This is an unusual case.  So I remember
5  reviewing that affidavit, and what I thought was that Officer
6  Tran had perjured himself by making this statement during a
7  trial in 2016, but he didn't make that statement.  Those are
8  questions and answers.  And it was an ambiguous question that
9  could have been interpreted in one of two ways, and this
10 quotation takes out that ambiguity and suggests that he made
11 that quote, when in fact he didn't.  It was a question by the
12 lawyer.
13         MR. LINOWITZ:  May I respond?
14         THE COURT:  Yes.
15         MR. LINOWITZ:  Thank you.
16         So, I can explain that on two grounds.  First of all,
17 the inspector clearly wrote that Officer Tran affirmed in
18 pertinent part and then the quotation that followed, which is
19 exactly what he did.  When the questioner asks the witness is
20 the car blue and the witness says yes, then they affirmed that
21 the car is blue, and that's how it works in court.
22         THE COURT:  What happened was he was asked an ambiguous
23 question.  He responded by asking for clarification as to what
24 was being asked of him.  Then he said "Yes," and then he said
25 "Yes, sir."
26         MR. LINOWITZ:  That would mean that the witness
27 affirmed that the first time he met the witness was in 2013
28 when she came to his department.

```
1  STATE OF CALIFORNIA )
                       )  ss.
2  COUNTY OF ALAMEDA   )

3          I, CHRIS SWINDERMAN, Certified Shorthand Reporter,
4  do hereby certify that I am an Official Court Reporter for the
5  Superior Court, County of Alameda, State of California, and
6  that as such I reported the proceedings had in the
7  above-entitled matter at the time and place set forth herein.
8          That my stenograph notes were thereafter transcribed
9  under my direction; and that the foregoing pages numbered
10 through constitutes a full, true and correct transcription of
11 my said notes.
12
13                              Dated:  September 5, 2023
14
15
16
17                              _____
18                              Chris Swinderman CSR No. 6932
19
20
21
22
23
24
25
26
27
28
```