# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** April 8, 2025    **Time:** 1:10pm-2:55pm (1h 45m)    **Judge:** PETER H. KANG
**Case No.**: 24-cv-04700-PHK    **Case Name:** Cha v. City and County of San Francisco

**Attorney for Plaintiff:** Eustace De St. Phalle, Olivia Leary
**Attorney for Defendant:** Karun Tilak

**Deputy Clerk:** Julia Macias                **Reported by:** Digitally Recorded via Liberty

## PROCEEDINGS

Motion to Dismiss Hearing Dkt. [15] and Initial Case Management Conference Hearing held.

Matter submitted. Court to issue written order on Motion to Dismiss.

## CASE MANAGEMENT SCHEDULE:

Initial Disclosures – May 9, 2025

Discovery Start Date – May 12, 2025

L/D to submit proposed Protective Order and ESI Protocol – May 30, 2025

Deadline to meet with ADR – May 30, 2025

Deadline to select type of ADR - June 13, 2025

ADR completion deadline – September 30, 2025

Amended Complaint Deadline – May 23, 2025

Fact Discovery Cutoff: May 29, 2026

Opening Expert Reports Due: June 26, 2026

Rebuttal Expert Reports Due: July 31, 2026

Expert Discovery Cutoff: August 28, 2026

Last Day to File Dispositive/*Daubert* Motions: September 11, 2026

Opposition to *Dauberts*/Dipositive Motions: October 2, 2026

Replies to *Dauberts*/Dipositive Motions: October 23, 2026

Joint Pretrial Readiness Conference Statement: October 30, 2026

Hearing on Dispositive Motions, *Dauberts*, and Pretrial Readiness Conference: November 19, 2026, at 1:00 PM

Last Day to File Motions *in Limine*: December 4, 2026

Oppositions Motions *in Limine*: December 18, 2026

Final Pretrial Conference Statement: January 8, 2027

Final Pretrial Conference/*In Limine* Motion Hearing: January 21, 2027, at 1:00 PM

Jury Trial: February 8, 2027- February 19, 2027 (9 days)