DAVID CHIU, SBN 189542
City Attorney
YVONNE MERÉ, SBN 189542
Chief Deputy City Attorney
JENNIFER CHOI, SBN 184058
Chief Trial Deputy
KARUN A. TILAK, SBN 323939
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Fl.
San Francisco, California 94102-5408
Telephone:    (415) 554-3308
Facsimile:    (415) 437-4644
E-Mail:       Karun.Tilak@sfcityatty.org

*Attorneys for Defendants*
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO DISTRICT ATTORNEY'S
OFFICE, CHESA BOUDIN, DANA DRUSINSKY,
STEPHANIE LACAMBRA, LATEEF GRAY,
REBECCA YOUNG, and ANDREW KOLTUNIAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE, CHESA BOUDIN, DANA DRUSINSKY, STEPHANIE LACAMBRA, LATEEF GRAY, REBECCA YOUNG, ANDREW KOLTUNIAK, and DOES 1-100,<br><br>Defendants. | Case No. 24-CV-04700-PHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge:          Peter H. Kang<br>Trial Date:    February 8, 2027 |

Plaintiff KENNETH CHA and Defendants CITY AND COUNTY OF SAN FRANCISCO ("City"), SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE ("DA's Office"), CHESA BOUDIN, DANA DRUSINSKY, STEPHANIE LACAMBRA, LATEEF GRAY, AND ANDREW KOLTUNIAK stipulate as follows:

1   WHEREAS Plaintiff filed his Complaint on August 2, 2024;

2   WHEREAS, Defendants moved to dismiss the Complaint on January 31, 2025;

3   WHEREAS, the Court held a hearing on the motion to dismiss and a Case Management
4   Conference on April 8, 2025;

5   WHEREAS, the Court entered a scheduling order in this case on April 10, 2025 (ECF No. 26);

6   WHEREAS, pursuant to the scheduling order, Plaintiff filed their First Amended Complaint
7   ("FAC") on May 23, 2025;

8   WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants' deadline to
9   respond to the FAC is June 6, 2025;

10   WHEREAS, due to the complex nature of the issues raised in Plaintiff's FAC, the parties have
11   agreed to extend Defendants' deadline to respond to the FAC;

12   WHEREAS, if Defendants file a Motion to Dismiss the FAC, pursuant to N.D. Cal. Civil Local
13   Rule 7-3(a), Plaintiff's deadline to file an opposition is 14 days following the Motion to Dismiss, and
14   Defendants' deadline to file a reply is 7 days after the opposition;

15   WHEREAS, the parties agree to extend the briefing schedule if Defendants file a Motion to
16   Dismiss the FAC and to allow an addition 5 pages for the Defendants' Motion to Dismiss and
17   Plaintiff's Opposition, if needed;

18   NOW THEREFORE, the Parties stipulate as follows:

19   1. Defendants shall respond to the FAC by June 30, 2025;

20   2. If Defendants file a Motion to Dismiss the FAC, Plaintiff shall file an opposition by
21   August 1, 2025, and Defendants shall file their reply by August 11, 2025;

22   3. Both Defendants and Plaintiff will be permitted to use an additional 5 pages within
23   their Motion to Dismiss and Opposition, should such moving papers be filed;

24   4. No deadlines in the Court's April 10, 2025 scheduling order will be affected by the
25   Parties' agreement.

27   SO STIPULATED.

| | |
|---|---|
| Dated: June 6, 2025 | Respectfully submitted, |
| | DAVID CHIU<br>City Attorney<br>JENNIFER CHOI<br>Chief Trial Deputy<br>KARUN TILAK<br>Deputy City Attorney |
| | /s/ *Karun Tilak*<br>By: Karun Tilak<br>Attorneys for Defendants<br>CITY & COUNTY OF SAN FRANCISCO, SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE, CHESA BOUDIN, DANA DRUSINSKY, STEPHANIE LACAMBRA, LATEEF GRAY, AND ANDREW KOLTUNIAK |
| Dated: June 6, 2025 | Respectfully submitted, |
| | **RAINS LUCIA STERN<br>ST. PHALLE & SILVER, PC** |
| | /s/ *Eustace de Saint Phalle*<br>By: Eustace de Saint Phalle<br>Attorneys for Plaintiff KENNETH CHA |

**IT IS SO ORDERED.**

DATED: _____   _____
HON. PETER H. KANG
United States Magistrate Judge

## CERTIFICATE OF SERVICE

      I, CHRISTINE HOANG, hereby certify that I electronically filed the following document with the Clerk of the Court for the United States District Court for the Northern District of California by using the appellate CM/ECF system on June 6, 2025.

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

      Executed June 6, 2025, at San Francisco, California.

                                             */s/ CHRISTINE HOANG*
                                             CHRISTINE HOANG