1  DAVID CHIU, SBN 189542
   City Attorney
2  YVONNE MERÉ, SBN 189542
   Chief Deputy City Attorney
3  JENNIFER CHOI, SBN 184058
   Chief Trial Deputy
4  KARUN A. TILAK, SBN 323939
   Deputy City Attorney
5  Fox Plaza
   1390 Market Street, 6th Fl.
6  San Francisco, California 94102-5408
   Telephone:    (415) 554-3308
7  Facsimile:    (415) 437-4644
   E-Mail:       Karun.Tilak@sfcityatty.org
8

9  *Attorneys for Defendants*
   CITY AND COUNTY OF SAN FRANCISCO,
10 SAN FRANCISCO DISTRICT ATTORNEY'S
   OFFICE, CHESA BOUDIN, DANA DRUSINSKY,
11 STEPHANIE LACAMBRA, LATEEF GRAY,
   REBECCA YOUNG, and ANDREW KOLTUNIAK
12

13                       UNITED STATES DISTRICT COURT

14                      NORTHERN DISTRICT OF CALIFORNIA

15

16 | KENNETH CHA,                              | Case No. 24-CV-04700-PHK
17 |      Plaintiff,                           | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
18 | vs.                                       |
19 | CITY AND COUNTY OF SAN                    |
   | FRANCISCO, SAN FRANCISCO DISTRICT         | Judge:      Peter H. Kang
20 | ATTORNEY'S OFFICE, CHESA BOUDIN,          | Trial Date: February 8, 2027
   | DANA DRUSINSKY, STEPHANIE                 |
21 | LACAMBRA, LATEEF GRAY, REBECCA            |
   | YOUNG, ANDREW KOLTUNIAK, and              |
22 | DOES 1-100,                               |
23 |      Defendants.                          |

24

25      Plaintiff KENNETH CHA and Defendants CITY AND COUNTY OF SAN FRANCISCO

26 ("City"), SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE ("DA's Office"), CHESA

27 BOUDIN, DANA DRUSINSKY, STEPHANIE LACAMBRA, LATEEF GRAY, AND ANDREW

28 KOLTUNIAK stipulate as follows:

STIPULATION AND [PROPOSED] ORDER
CASE NO. 24-CV-04700-PHK

WHEREAS Plaintiff filed his Complaint on August 2, 2024;

WHEREAS, Defendants moved to dismiss the Complaint on January 31, 2025;

WHEREAS, the Court held a hearing on the motion to dismiss and a Case Management Conference on April 8, 2025;

WHEREAS, the Court entered a scheduling order in this case on April 10, 2025 (ECF No. 26);

WHEREAS, pursuant to the scheduling order, Plaintiff filed their First Amended Complaint ("FAC") on May 23, 2025;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants' deadline to respond to the FAC is June 6, 2025;

WHEREAS, due to the complex nature of the issues raised in Plaintiff's FAC, the parties have agreed to extend Defendants' deadline to respond to the FAC;

WHEREAS, if Defendants file a Motion to Dismiss the FAC, pursuant to N.D. Cal. Civil Local Rule 7-3(a), Plaintiff's deadline to file an opposition is 14 days following the Motion to Dismiss, and Defendants' deadline to file a reply is 7 days after the opposition;

WHEREAS, the parties agree to extend the briefing schedule if Defendants file a Motion to Dismiss the FAC and to allow an addition 5 pages for the Defendants' Motion to Dismiss and Plaintiff's Opposition, if needed;

NOW THEREFORE, the Parties stipulate as follows:

1. Defendants shall respond to the FAC by June 30, 2025;
2. If Defendants file a Motion to Dismiss the FAC, Plaintiff shall file an opposition by August 1, 2025, and Defendants shall file their reply by August 11, 2025;
3. Both Defendants and Plaintiff will be permitted to use an additional 5 pages within their Motion to Dismiss and Opposition, should such moving papers be filed;
4. No deadlines in the Court's April 10, 2025 scheduling order will be affected by the Parties' agreement.

SO STIPULATED.

| | |
|---|---|
| Dated: June 6, 2025 | Respectfully submitted,<br><br>DAVID CHIU<br>City Attorney<br>JENNIFER CHOI<br>Chief Trial Deputy<br>KARUN TILAK<br>Deputy City Attorney<br><br>/s/ *Karun Tilak*<br>By: Karun Tilak<br>Attorneys for Defendants<br>CITY & COUNTY OF SAN FRANCISCO, SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE, CHESA BOUDIN, DANA DRUSINSKY, STEPHANIE LACAMBRA, LATEEF GRAY, AND ANDREW KOLTUNIAK |
| Dated: June 6, 2025 | Respectfully submitted,<br><br>**RAINS LUCIA STERN**<br>**ST. PHALLE & SILVER, PC**<br><br>/s/ *Eustace de Saint Phalle*<br>By: Eustace de Saint Phalle<br>Attorneys for Plaintiff KENNETH CHA |

**IT IS SO ORDERED.**

DATED:      6/9/2025

_____
HON. PETER H. KANG
United States Magistrate Judge