| | |
|---|---|
| 1 | DAVID CHIU, SBN 189542<br>City Attorney |
| 2 | YVONNE MERÉ, SBN 189542<br>Chief Deputy City Attorney |
| 3 | JENNIFER CHOI, SBN 184058<br>Chief Trial Deputy |
| 4 | KARUN A. TILAK, SBN 323939<br>Deputy City Attorney |
| 5 | Fox Plaza<br>1390 Market Street, 6th Fl. |
| 6 | San Francisco, California 94102-5408<br>Telephone:    (415) 554-3308 |
| 7 | Facsimile:    (415) 437-4644<br>E-Mail:        Karun.Tilak@sfcityatty.org |
| 8 | ERIN BERNSTEIN, SBN 231539 |
| 9 | TAYLOR JASZEWSKI, SBN 345094<br>PRIANKA MISRA, SBN 348165 |
| 10 | BRADLEY BERNSTEIN SANDS LLP<br>1212 Broadway, Suite 1100 |
| 11 | Oakland, CA 94612<br>Telephone:    (510) 380-5801 |
| 12 | E-Mail:        ebernstein@bradleybernstein.com |
| 13 | *Attorneys for Defendants*<br>CITY AND COUNTY OF SAN FRANCISCO, |
| 14 | SAN FRANCISCO DISTRICT ATTORNEY'S<br>OFFICE, CHESA BOUDIN, DANA DRUSINSKY, |
| 15 | STEPHANIE LACAMBRA, LATEEF GRAY,<br>REBECCA YOUNG, and ANDREW KOLTUNIAK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE, CHESA BOUDIN, DANA DRUSINSKY, STEPHANIE LACAMBRA, LATEEF GRAY, REBECCA YOUNG, ANDREW KOLTUNIAK, and DOES 1-100,<br><br>    Defendants. | Case No. 24-CV-04700-PHK<br><br>**MANUAL FILING NOTIFICATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

## MANUAL FILING NOTICE

Regarding the following specified exhibits in support of Defendants' Motion to Dismiss: Karun Tilak Declaration Supporting Defendants' Motion to Dismiss, Exhibits A, sub-exhibits "AW Ex 2" "AW Ex 3" and "AW Ex 4."

These filings are in video form, and are being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served electronically shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media.

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

Dated:  June 30, 2025                     Respectfully submitted,

                                                  DAVID CHIU
City Attorney
YVONNE MERÉ
Chief Deputy City Attorney
JENNIFER CHOI
Chief Trial Deputy
KARUN A. TILAK
Deputy City Attorney

ERIN BERNSTEIN
TAYLOR JASZEWSKI
PRIANKA MISRA

By:   */s/ Erin Bernstein*
      ERIN BERNSTEIN

*Attorneys for Defendants*

DECL. OF K. TILAK ISO MOT. TO DISMISS        1         n:\cxlit\li2024\240533\01795689.docx
CASE NO.   24-CV-04700-PHK