EUSTACE DE SAINT PHALLE, SBN 179100
OLIVIA K. LEARY, SBN 329145
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
E-mail: PersonalInjuryGroup@RLSlawyers.com

ATTORNEYS FOR PLAINTIFF
KENNETH CHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHA,<br><br>   Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE; CHESA BOUDIN; DANA DRUSINSKY; STEPHANIE LACAMBRA; LATEEF GRAY; REBECCA YOUNG; ANDREW KOLTUNIAK; and DOES 1-100,<br><br>   Defendants. | CASE NO. 3:24-CV-4700-PHK<br><br>**JOINT STIPULATION TO CONTINUE THE HEARING DATE ON MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br><br>Trial Date:   February 8, 2027<br>Judge:          Peter H. Kang |

Plaintiff KENNETH CHA and Defendants CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE, CHESA BOUDIN, DANA DRUSINSKY, STEPHANIE LACAMBRA, LATEEF GRAY, REBECCA YOUNG and ANDREW KOLTUNIAK, stipulates as follows:

WHEREAS on June 30, 2025, Defendants filed their Motion to Dismiss First Amended Complaint, with a hearing date set for August 28, 2025.

WHEREAS, based upon this schedule, Plaintiff counsel have set an on-site inspection of a

premises involved in an unrelated matter pending before a California Superior Court for August 26, 2026. The inspection has been confirmed and involves several plaintiffs and their counsel, several defendants and their counsel and experts for all of the parties, many of these coming from out of the area. To cancel this would result in delays to the plaintiffs' case and incurring significant fees and costs.

WHEREAS, on July 28, 2025, the parties to this matter received notice from the Court that the hearing date has been changed from August 28, 2025 to August 26, 2025. Plaintiff has a conflict on August 26, 2025 as described above.

WHEREAS, the parties herein have stipulated to ask the Court to set a hearing date that is mutually agreeable to the parties and the Court.

WHEREAS, the parties agree to a hearing date of September 9, 2025~~, September 10, 2025 or September 12, 2025~~. Counsel has met and conferred that they are all available on these dates.

WHEREAS, the parties further agree, based upon the new hearing date, to extend the deadlines for filling the Opposition and Reply, to allow the Opposition to be filed no later than August 11, 2025; Reply shall be filed no later than August 21, 2025.

SO STIPULATED.

Dated: July 28, 2025                    Respectfully submitted,

**RAINS LUCIA STERN
ST. PHALLE & SILVER, PC**

/s/ *Eustace de Saint Phalle*
By: Eustace de Saint Phalle
Attorneys for Plaintiff KENNETH CHA

Dated:  July 28, 2025                   **BRADLEY BERNSTEIN SANDS**

/s/ *Erin Bernstein*
By: Erin Bernstein
Attorney for Defendants

IT IS SO ORDERED.

Dated: July 29, 2025

HON. PETER H. KANG
United States Magistrate Judge