# EXHIBIT 1

As stated, prior to the drafting and submission of the Request to Issue Arrest Warrant by Koltuniak, ADAs Drusinsky and Lacambra heavily edited requests for search warrants for the personal cell phones of officers Cha and Patino. Based on their inappropriate and improper actions in the drafting of this search warrant, the assigned investigator Hayashi objected and complained to her supervisor, Pailet. Both were threatened by the ADAs to comply and when they did not, Pailet was terminated and Hayashi was reassigned.

The arrest warrant for Officer Cha and the prior search warrant are remarkably similar, and provide clear evidence that Koltuniak used the search warrant affidavit drafted by Lacambra and Drusinsky as the initial draft for his own affidavit, incorporating much of their improper edits. The most obvious similarities are below, however a review of both documents side by side would indicate even more similarities that would be impossible unless Koltuniak had been given the early document and used it for his own affidavit:

| **Search Warrant** | **Arrest Warrant** |
|---|---|
| "On January 6, 2017 at approximately 03:51 AM, San Francisco Police Department (SFPD) Officers Kenneth Cha Star No. 1206 and Colin Patino Star No. 1310, responded to 515 Capitol Avenue, San Francisco, California, to investigate a report by Christopher Choy that his neighbor, Sean Moore, had violated a temporary protective order." (Search Warrant p. 9) | "On January 6th, 2017, at approximately 03:51AM, San Francisco Police Department (SFPD) Officers Kenneth Cha (Star #1206) and Colin Patino (Star #1310), responded to 521 Capitol Avenue, San Francisco, California, to investigate a report by Christopher Choy that his next door neighbor, Sean Moore, had violated a temporary restraining order." (Arrest Warrant, p. 4) |
| "Officers Cha and Patino responded and arrived at the residences of Mr. Choy and Moore at approximately 04:20 AM, and the following described actions are captured on the body worn camera (BWC) of both officers. Mr. Choy gave Officer Patino a copy of the restraining order and proof of service." (Search Warrant p. 9) | "Officers Cha and Patino responded and arrived at the neighboring residences of Choy and Moore at approximately 04:20 AM. Initially, Cha contacted Moore at 515 Capitol Avenue and Patino contacted Choy at 521 Capitol Avenue.<br><br>Patino's BWC footage showed him talking with Choy for approximately 9 seconds before he went next door to join Cha in contacting Moore. Choy gave Officer Patino a copy of the restraining order and proof of service. Choy did not ask Patino to facilitate a citizen's arrest of Moore." (Arrest warrant p. 5) |
| "Upon arrival, Officers rang the doorbell and Moore exited his residence but remained behind the gated security door. Moore repeatedly told the officers he did not want to speak to them and wanted them to leave, and | "Upon arrival, Cha rang the doorbell and Moore opened his front door, but remained behind the metal security gate. Moore repeatedly told the officers that he did not want to speak to them and wanted them to |

| | |
|---|---|
| they refused to comply. <u>Moore demanded the officers get off his stairs and denied any harassment toward Choy. Moore explained that he had taken his garbage out and swept his staircase</u> and again ordered the officers to leave." (Search warrant, p. 10) | <u>leave. Moore demanded the officers get off his stairs and denied any harassment of Choy. Moore explained that he had taken out his garbage and swept his staircase.</u>" (Arrest warrant p. 5) |
| "<u>Moore</u> attempted to end the encounter by <u>going inside his home, Patino called him back to the front door and began reading the elements of the temporary protective order to Moore who yelled</u> over him and demanded both officers vacate the staircase. When both officers still refused to leave, Moore took out his cell phone and told the officers he was going to call to have them removed." (Search warrant, p. 10) | "<u>Moore went inside his home, Patino called him back to the front door and began reading the elements of the temporary</u> restraining <u>order to Moore who yelled,</u> "I heard you", <u>and continued to demand that both officers vacate the staircase. When both officers refused to leave, Moore retrieved a mobile phone and told the officers he was going to call and have them removed.</u>" (Arrest warrant p. 5) |
| "<u>Moore retreated into his home</u> to call the police <u>and Cha and Patino retreated down the stairs</u> joking among themselves. <u>At the bottom of the stairs, Cha and Patino reviewed the court order while continuing to shine their flashlights into Moore's home</u> via <u>the windows and door.</u>" (Search warrant, p. 10) | "<u>Moore</u> entered <u>his home and Cha and Patino</u> descended the stairs to the sidewalk. <u>At the bottom of the stairs, Cha and Patino reviewed the court order while continuing to shine their flashlights into Moore's home</u> through <u>the windows and doors</u>." (Arrest warrant p. 5) |
| "<u>When the officers still refused to leave, Moore opened the security</u> door <u>and stood at the top of the staircase with his right arm extended and waving his right</u>, outstretched palm in a "stop" hand motion <u>while telling the officers to leave. Instead of heading Moore's orders to leave his property, Officer Cha threatened Moore with pepper spray</u> (Oleoresin Capsicum (OC))." (Search warrant, p. 10) | "<u>When the officers refused to leave, Moore opened the security</u> gate <u>and stood at the top of the staircase with his right arm extended and waving his right</u>, open hand in a horizontal motion from left to right <u>while telling the officers to leave</u>. Moore's left hand held a phone against his waist. <u>Cha did not leave Moore's property. Instead, Cha</u> said to Moore, "You want to get sprayed?" and "You're gonna get sprayed." (Arrest warrant p. 5) |
| "<u>Moore stood his ground and told Patino and Cha to get off his stairs</u>. Cha and Patino continued to trespass on Moore's property and <u>Cha sprayed Moore in the face with OC, causing Moore to turn to retreat into his home. As Moore tried to retreat, Cha and Patino advanced upon Moore</u>, who defensively kicked out to prevent them from entering the gate into his home. In the process, <u>Cha managed to spray his partner Patino with OC, causing Patino to drop the</u> | "<u>Moore</u> remained in his position at <u>the top of the staircase and continued telling the officers to get off his stairs. Cha</u> ignored Moore's demands to leave <u>and sprayed him in the face with pepper spray. As Moore tried to retreat</u> behind his security gate, <u>Cha and Patino advanced upon Moore</u>. Patino grabbed Moore before he could retreat further into his home. Moore stated, "Get the fuck off my stairs," |

| | |
|---|---|
| restraining order papers on the staircase and both officers to retreat a second time down the staircase." (Search warrant, p. 10) | and kicked out once with his left foot. Pepper spray appeared to enter Patino's eyes, causing him to drop the restraining order papers and retreat down the stairs. Officer Cha followed." (Arrest warrant p. 5-6) |
| "Moore picked up the fallen papers and reentered his residence. Patino demanded Moore return the papers. Moore re-emerged from behind his gate with the papers in hand. Cha exchanged insults with Moore and encouraged Moore to fight by jeering: "What's up?! C'mon!" Moore responded by retreating back into his home." (Search warrant, p. 11) | "Moore picked up the fallen papers and retreated into his home. Patino demanded Moore return the papers. In response, Moore came out to the stairs from behind his gate with the papers in hand. Cha said: "Fuck you," and "Mother-fucker. What's up? C'mon." Moore responded by retreating into his home." (Arrest warrant p. 6) |
| "Cha notified SFPD dispatch that he needed an ambulance for Officer Patino who had been hit in the face by Cha's use of OC spray. Patino ordered Moore to exit the residence and return the paperwork and advised Moore he was under arrest. At this point, the officers did not have a citizen's arrest form signed and had not seen Moore violate the restraining order in their presence or commit any crime. The officers had no basis to arrest Moore. Moore exited his residence and threw the paperwork at the officers before again reentering his home." (Search warrant, p. 11) | "Cha notified SFPD dispatch that he needed an ambulance for pepper spray exposure sustained by Patino and Moore. Patino ordered Moore to exit his home, return the papers and advised Moore that he was under arrest. Moore came out of his house and dropped the papers down the stairs from behind the security gate. Moore then went inside his home." (Arrest warrant p. 6) |
| "After several failed attempts by Cha and Patino to coax Moore from his home by promising Moore medical care for the OC spray, the officers resort to threatening to kick in Moore's security gate. Moore relented, saying he could not see and exited his home again to stand behind the security fate asking to 'get this resolved.'" (Search warrant, p. 11) | "Cha threatened to kick in the gate if Moore did not exit voluntarily. Moore stated he could not see and exited his home again to stand behind the security gate and stated: 'Let's get this resolved,' and 'I can't see, I need some medical attention.'" (Arrest warrant p. 6) |
| "During his descent, Moore dropped a piece of his cell phone and bent down to pick it up. Cha and Patino tried to take advantage of the moment that Moore was bent over by advancing upon him together with their weapons raised while | "Moore dropped what appeared to be a plastic piece of his phone and took four steps down the stairs to retrieve it. Cha and Patino ran up the stairs a third time with their batons raised over their heads while ordering Moore to 'Get on the |

| | |
|---|---|
| commanding him Moore to lay down in the middle of a narrow staircase with steep steps." (Search warrant, p. 11) | ground.'" (Arrest warrant p. 6) |
| "Both officers had their batons drawn and charged up the staircase as Moore attempted to retreat into his home again. Because the staircase was so narrow, only one officer could move forward at a time, leading Patino to approach Moore first with his baton. Patino beat Moore at least twice with his baton, causing Moore to defend himself with his foot, which resulted in Patino falling down the stairs, dropping the baton and injuring his nose." (Search warrant, p. 12) | "Moore retreated by walking backwards up four steps toward his security gate, as Patino advanced and struck Moore with his metal baton, striking him at least twice on his legs and torso. Moore responded by striking Patino, who then fell down the stairs." (Arrest warrant p. 6) |