EUSTACE DE SAINT PHALLE, SBN 179100
OLIVIA K. LEARY, SBN 329145
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
E-mail: PersonalInjuryGroup@RLSlawyers.com

ATTORNEYS FOR PLAINTIFF
KENNETH CHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE; CHESA BOUDIN; DANA DRUSINSKY; STEPHANIE LACAMBRA; LATEEF GRAY; REBECCA YOUNG; ANDREW KOLTUNIAK; and DOES 1-100,<br><br>　　　　　Defendants. | **CASE NO. 24-CV-04700-PHK**<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>Judge: Peter H. Kang<br>Hearing Date: September 9, 2025<br>Place: Courtroom F, 15th Fl.<br>Time: 1:30 p.m. |

## REQUEST FOR JUDICIAL NOTICE

Plaintiff hereby respectfully requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following court records from the criminal case against Plaintiff Kenneth Cha, *People v. Cha*, S.F. Superior Court No. CRI-21010958 (filed Nov. 4, 2021): The Declaration of Eustace de Saint Phalle In Support of Kenneth Cha's Response to Defendant's Motion to Dismiss, filed on February 14, 2025. The plaintiff further requests that the Court take judicial notice of the exhibits attached to the Declaration of Eustace de Saint Phalle In Support of Kenneth Cha's Response to Defendant's Motion to Dismiss, filed on February 14, 2025:

Exhibit 1.   *People v. Cha*, Motion to Dismiss, filed June 30, 2023.

Exhibit 2.   Selection of emails regarding the Moore shooting investigation, where Lateef Gray was a sender or a recipient.

Exhibit 3.   Declaration of Jeffrey Pailet re Ethic Complaints & Whistleblower Complaints.

Exhibit 4.   *Pailet v. CCSF*, et al, First Amended Complaint (FAC).

Exhibit 5.   Declaration of Magen Hayashi in Support of Whistleblower Complaints, July 14, 2022.

Exhibit 6.   Search Warrant Draft dated October 28, 2020.

Exhibit 7.   Excerpts of Testimony of Investigator Magen Hayashi in *People v. Stangel,* January 27, 2022.

Exhibit 8.  *United States v. Brugnara*, No. CR 14-0306 WHA, 2015 U.S. Dist. (N.D. Cal. Oct. 9, 2015).

Exhibit 9.   *People v. Tran*, Court Proceedings Transcript, September 1, 2023.

Exhibit 10.   *People v. Tran*, Court Proceedings Transcript, October 13, 2023.

Exhibit 11.   Complete Investigative Grand Jury Transcript, Vol. I., July 20, 2021 to July 27, 2021.

Exhibit 12.   Pailet Ethics Complaint re Boudin, includes Declaration of Jeffrey Pailet, April 21, 2022.

Exhibit 13.   *People v. Cha* matter (S.F. Superior Ct. No. 21010958): People's Opposition to Defendant's Motion to Compel Discovery, p. 10:6-11, Declaration of Rebecca Young, May 20, 2022.

Exhibit 14.   Pailet Ethics Complaint re Cindy Elias & Lateef Gray, includes Declaration of Jeffrey Pailet, April 5, 2022

Exhibit 15.   Declaration of Expert Senior Deputy District Attorney Douglas Pipes, July 14, 2022

Exhibit 16.   Email from ADA Darby Williams to IIB, August 19, 2022.

Here, Plaintiff seeks judicial notice on the documents that are referenced in and are center to the Plaintiff's First Amended Complaint and have been previously introduced in this action and

attached to Plaintiff's counsel's Declaration of Eustace de Saint Phalle In Support of Kenneth Cha's Response to Defendant's Motion to Dismiss, filed on February 14, 2025.

Dated: August 11, 2025

Respectfully submitted,

**RAINS LUCIA STERN**
**ST. PHALLE & SILVER, PC**

/s/ *Eustace de Saint Phalle*
By: Eustace de Saint Phalle
Attorneys for Plaintiff KENNETH CHA