# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 9, 2025     **Time:** 1:57-3:09 (1 H, 12 M)     **Judge:** PETER H. KANG
**Case No.:** 24-cv-04700-PHK     **Case Name:** Cha v. City and County of San Francisco et al

**Attorney for Plaintiff:** Eustace De Saint Phalle
**Attorney for Defendant:** Erin B. Bernstein, Taylor Jaszewski

**Deputy Clerk:** Jenny Galang     **Liberty Recorded:** Not Reported

## PROCEEDINGS

Motion Hearing re [16] Request for Judicial Notice, [42] Motion to Dismiss First Amended Complaint, and [50] Request for Judicial Notice - held.

Parties stated appearances. Oral arguments presented. Motion taken under submission. Court to issue a written order.

**Order to be prepared by:**
( )   Plaintiff            ( )   Defendant            (X)   Court