THE HONORABLE PETER H. KANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KENNETH CHA,

    Plaintiff,

    vs.

CITY AND COUNTY OF SAN
FRANCISCO, SAN FRANCISCO
DISTRICT ATTORNEY'S OFFICE,
CHESA BOUDIN, DANA DRUSINSKY,
STEPHANIE LACAMBRA, LATEEF
GRAY, and ANDREW KOLTUNIAK,
and DOES 1-100,

    Defendants.

Case No. 24-CV-04700-PHK

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO
DISMISS**

    This Matter, having come before the Court on Defendants City and County Of San Francisco, San Francisco District Attorney's Office, Chesa Boudin, Dana Drusinsky, Stephanie Lacambra, Lateef Gray, and Andrew Koltuniak's Motion to Dismiss, and

    Having considered Plaintiff Kenneth Cha's Opposition, and Defendants' Reply, this Court hereby rules as follows:

    //

    //

    //

1    The Motion to Dismiss is **GRANTED.**  Plaintiff's Second Amended Complaint is

2  **DISMISSED WITH PREJUDICE**.

3

4  **IT IS SO ORDERED.**

5

6  Dated: this _____ day of _____, _____.

7

8  _____

   The Honorable Peter H. Kang
9  United States Magistrate Judge

10

11
   Presented by:
12 DAVID CHIU, SBN 189542
   City Attorney
13 YVONNE MERÉ, SBN 173594
   Chief Deputy City Attorney
14 JENNIFER CHOI, SBN 184058
   Chief Trial Deputy
15 KARUN A. TILAK, SBN 323939
   Deputy City Attorney
16 Fox Plaza
   1390 Market Street, 6th Fl.
17 San Francisco, California 94102-5408
   Telephone:    (415) 554-3308
18 E-Mail:       Karun.Tilak@sfcityatty.org

19 ERIN BERNSTEIN, SBN 231539
   TAYLOR JASZEWSKI, SBN 345094
20 PRIANKA MISRA, SBN 348165
   Bradley Bernstein Sands LLP
21 1212 Broadway, Suite 1100
   Oakland, CA 94612
22 Telephone:    (510) 380-5801
   E-Mail:       ebernstein@bradleybernstein.com
23
   *Attorneys for Defendants*
24 CITY AND COUNTY OF SAN FRANCISCO,
   SAN FRANCISCO DISTRICT ATTORNEY'S
25 OFFICE, Chesa Boudin, Dana Drusinsky,
   STEPHANIE LACAMBRA, LATEEF GRAY,
26 REBECCA YOUNG, AND ANDREW KOLTUNIAK

   [PROPOSED] ORDER RE MOTION TO DISMISS       2
   CASE NO. 24-CV-04700-PHK