```
EUSTACE DE SAINT PHALLE, SBN 179100
OLIVIA K. LEARY, SBN 329145
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
E-mail: PersonalInjuryGroup@RLSlawyers.com

ATTORNEYS FOR PLAINTIFF
KENNETH CHA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE; CHESA BOUDIN; DANA DRUSINSKY; STEPHANIE LACAMBRA; LATEEF GRAY; ANDREW KOLTUNIAK; and DOES 1-100,<br><br>　　　　Defendants. | CASE NO. 3:24-cv-4700-PHK<br><br>**[PROPOSED] ORDER** |

　　　　Upon review of the Parties' STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT, and good cause appearing, the COURT hereby APPROVES the Stipulation and ORDERS as follows:

　　1. Plaintiff's deadline to file his Opposition to Defendants' Motion to Dismiss is extended to December 12, 2025.

　　2. If Defendants choose to file a Reply to Plaintiff's Opposition to the Motion to Dismiss, said Reply shall be file by December 23, 2025.

3. The hearing date regarding these matters shall be set for February 12, 2026 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: _____      _____
                                            HON. PETER H. KANG
                                            United States Magistrate Judge