EUSTACE DE SAINT PHALLE, SBN 179100
OLIVIA K. LEARY, SBN 329145
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
E-mail: PersonalInjuryGroup@RLSlawyers.com

ATTORNEYS FOR PLAINTIFF
KENNETH CHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE; CHESA BOUDIN; DANA DRUSINSKY; STEPHANIE LACAMBRA; LATEEF GRAY; ANDREW KOLTUNIAK; and DOES 1-100,<br><br>Defendants. | CASE NO. 3:24-CV-4700-PHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Trial Date:   February 8, 2027<br>Judge:         Peter H. Kang |

Plaintiff KENNETH CHA and Defendants CITY AND COUNTY OF SAN FRANCISCO ("City"), SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE ("DA's Office"), CHESA BOUDIN, DANA DRUSINSKY, STEPHANIE LACAMBRA, LATEEF GRAY, AND ANDREW KOLTUNIAK stipulate as follows:

WHEREAS Plaintiff filed his Complaint on August 2, 2024;

WHEREAS, Defendants moved to dismiss the Complaint on January 31, 2025;

WHEREAS, the Court held a hearing on the Motion to Dismiss and a Case Management Conference on April 8, 2025;

WHEREAS, the Court entered a scheduling order in this case on April 10, 2025 (ECF No. 26);

1  WHEREAS, pursuant to the scheduling order, Plaintiff filed their First Amended Complaint ("FAC") on May 23, 2025;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants' deadline to respond to the FAC is June 6, 2025;

WHEREAS, due to the complex nature of the issues raised in Plaintiff's FAC, the parties agreed to extend Defendants' deadline to respond to the FAC to June 30, 2025, Plaintiff's Opposition deadline to August 1, 2025, and Defendant's reply to August 11, 2025;

WHEREAS, the parties stipulated to a new hearing date, set for September 9, 2025, and further stipulated to additional time to file the Plaintiff's Opposition to August 11, 2025, and Defendant's reply on August 21, 2025;

WHEREAS, the hearing occurred on September 9, 2025. The court issued its order on September 30, 2025, dismissing Plaintiff's claims while granting Plaintiff leave to amend regarding the FAC's cause of action relating to *Monell* liability. Plaintiff filed a Second Amended Complaint ("SAC") on October 30, 2025.

WHEREAS, on November 13, 2025, Defendants filed a Motion to Dismiss the SAC.

WHEREAS, pursuant to Northern District Local Rule 7-3(a), the current deadline for Plaintiff's Opposition to Defendants' Motion to Dismiss is 14 days, or November 28, 2025, and Defendants' deadline to file a Reply is 7 days after the opposition;

WHEREAS, due to the complicated nature of these issues and the upcoming holidays, the parties agree to extend the briefing schedule for Plaintiff's Opposition, and Defendants' Reply, if needed;

WHEREAS, the hearing date regarding the Motion to Dismiss is set for January 29, ~~2025.~~ **2026**. Plaintiff's counsel is currently set for trial in another matter to begin on January 26, 2025, the trial is anticipated to last 10-14 days. The parties herein have stipulated to ask the Court to set a hearing date that is mutually agreeable to the parties and the Court.

NOW THEREFORE, the Parties stipulate as follows:

1. Plaintiff shall file Plaintiff's Opposition by December 12, 2025;

2. If Defendants file a Reply to Plaintiff's Opposition to the Motion to Dismiss SAC, Defendants shall file their Reply by December 23, 2025;

3. The hearing date regarding these matters will be set for February 12, 2026 at 1:30 p.m. pending approval from the Court. Counsel has met and conferred that they are all available on this date.

**SO STIPULATED.**

Dated: November 19, 2025                    Respectfully submitted,

**RAINS LUCIA STERN**
**ST. PHALLE & SILVER, PC**


               */s/*
By: Eustace de Saint Phalle
Attorneys for Plaintiff KENNETH CHA

Dated:  November 19, 2025                   Respectfully submitted,

DAVID CHIU, City Attorney
JENNIFER CHOI, Chief Trial Deputy
KARUN TILAK, Deputy City Attorney


ERIN BERNSTEIN
TAYLOR JASZEWSKI
PRIANKA MISRA
**BRADLEY BERNSTEIN SANDS LLP**


*/s/ Taylor Jaszewski*
By: Taylor Jaszewski

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO, SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE, CHESA BOUDIN, DANA DRUSINSKY, STEPHANIE LACAMBRA, LATEEF GRAY, AND ANDREW KOLTUNIAK

///

///

///

EUSTACE DE SAINT PHALLE, SBN 179100
OLIVIA K. LEARY, SBN 329145
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
E-mail: PersonalInjuryGroup@RLSlawyers.com

ATTORNEYS FOR PLAINTIFF
KENNETH CHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE; CHESA BOUDIN; DANA DRUSINSKY; STEPHANIE LACAMBRA; LATEEF GRAY; ANDREW KOLTUNIAK; and DOES 1-100,<br><br>  Defendants. | CASE NO. 3:24-cv-4700-PHK<br><br>**[~~PROPOSED~~] ORDER** |

Upon review of the Parties' STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT, and good cause appearing, the COURT hereby APPROVES the Stipulation and ORDERS as follows:

1. Plaintiff's deadline to file his Opposition to Defendants' Motion to Dismiss is extended to December 12, 2025.

2. If Defendants choose to file a Reply to Plaintiff's Opposition to the Motion to Dismiss, said Reply shall be file by December 23, 2025.

3. The hearing date regarding these matters shall be set for February 12, 2026 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: 11/26/2025

_____
HON. PETER H. KANG
United States Magistrate Judge