UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Kenneth Cha,

Plaintiff,

v.

City and County of San Francisco, et al.,

Defendant.

Case No. 3:24-cv-04700

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) City and County of SF (and all Defendants), the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Erin Bernstein; Motley Rice LLP

Name(s) of counsel withdrawing from representation and firm name:

Erin Bernstein; Bradley Bernstein Sands LLP (attorney changed firms)

Date: 9/3/26

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: ______________________

______________________
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California